UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

CORTLAND LINE HOLDING, LLC, et al.,
    Plaintiffs,

v.

JASON LIEVERST
    Defendant.

IN RE SUBPOENA MASTER NYMPH, LLC.

No. 2:20-cv-00068 BJR

**ORDER RE: PLAINTIFFS' SUBPOENA TO MASTER NYMPH, LLC.**

The Court enters this order in connection with the motion of Cortland Line Holding, LLC and John Wilson to compel Master Nymph, LLC to comply with the subpoena served on June 28, 2018 and issued under the authority of the U.S. District Court for the Northern District of New York. After considering the motion, the supporting declaration, and all other papers submitted in support of and in opposition to the motion, it is hereby ORDERED:

1. By no later than January 31, 2020, Master Nymph shall produce (a) all e-mails sent to or from Jason Lieverst's Master Nymph e-mail accounts between May 26, 2017 to the present, and (b) any social-media messages and text messages to, from, or concerning Lieverst on any Master Nymph-owned devices or accounts for the same time period.

ORDER - 1
(Case No. 2:20-cv-00068 BJR)

2. It is the Court's understanding that the parties will enter into a protective order so that disclosure of confidential information will not be an issue in Master Nymph's production.

3. Plaintiffs' motion to have the Court find Master Nymph in contempt is DENIED.

4. Plaintiffs' motion for costs and attorney's fees incurred in bringing this motion is DENIED.

IT IS SO ORDERED this 21st day of January, 2020.

*Barbara J. Rothstein*
HONORABLE BARBARA J. ROTHSTEIN